MICHAEL J. HEYMAN
United States Attorney

C. CODY TIRPAK
SETH M. BEAUSANG
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: cody.tirpak@usdoj.gov
Email: seth.beausang@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>BOREN PAL and TACI LYNN GEE,<br><br>                Defendants. | No. 3:25-cr-00062-SLG-KFR<br><br>COUNT 1<br>DISTRIBUTION OF CONTROLLED SUBSTANCES<br>  Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(B)<br><br>COUNT 2<br>FELON IN POSSESSION OF A FIREARM<br>  Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br><br>CRIMINAL FORFEITURE ALLEGATION 1<br>  21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a)<br><br>CRIMINAL FORFEITURE ALLEGATION 2<br>  18 U.S.C. § 924(d)(1) and (2), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about July 10, 2025, within the District of Alaska, the defendants, BOREN PAL and TACI LYNN GEE, did knowingly and intentionally distribute five or more grams methamphetamine, its salts, isomers, and salts of its isomers.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).

## COUNT 2

On or about September 3, 2025, within the District of Alaska, the defendant, BOREN PAL, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, to wit: a KAHR .40 S&W semiautomatic pistol.

All of which is in violation of 18 U.S.C. § 922(g)(1) and 924(a)(8).

### Prior Convictions

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| March 30, 2018 | First Degree Vehicle Theft | Alaska Superior Court, Third Judicial District at Anchorage | 3AN-18-01265CR |

## CRIMINAL FORFEITURE ALLEGATION 1

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2) and 28 U.S.C. § 2461(c).

Upon conviction for the offense in violation of 21 U.S.C. § 841 set forth in Count 1 of this Indictment, the defendants, BOREN PAL and TACI LYNN GEE, shall forfeit to the United States any property constituting and derived from any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses, including but not limited to:

- $500 in U.S. Currency representing controlled buy money spent in the investigation.

If, as a result of any act or omission of defendants, the property described above, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of this court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

All pursuant to 21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

## CRIMINAL FORFEITURE ALLEGATION 2

The allegations contained in Count 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) and 924(a)(8) set forth in Count 2 of this Indictment, the defendant, BOREN PAL, shall forfeit to the

United States any firearms and ammunition involved in knowing violation of the offense, including but not limited to:

1. KAHR semiautomatic pistol, serial number FG0261,

2. Any and all associated magazines and ammunition.

All pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ C. Cody Tirpak
C. CODY TIRPAK
Assistant U.S. Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney

DATE: 9/16/25